UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 13-24081-CIV- GOODMAN
[CONSENT CASE]

YADER JOSE MENDOZA and all others )
similarly situated under 29 U.S.C. 216(B), )
                                           )
            Plaintiff,                     )
    vs.                                    )
                                           )
DISCOUNT C.V. JOINT RACK & PINION          )
REBUILDING, INC.,                          )
JUAN LOPEZ                                 )
LUIS E. TORRES-VISAEZ,                     )
                                           )
            Defendants.                    )
_____    )

### JOINT NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO DEFENDANT JUAN LOPEZ ONLY[1]

COME NOW the Parties, Plaintiff, YADER JOSE MENDOZA, and Defendant, JUAN LOPEZ, by and through undersigned Counsel, under Rule 41 of the Federal Rules of Civil Procedure, and notice the Court that Plaintiff voluntarily dismisses the claims against Defendant, JUAN LOPEZ, only, with prejudice, brought in the above-captioned lawsuit. This dismissal does not concern the other Defendants in the above-captioned lawsuit.

---

[1] Plaintiff's Counsel as a courtesy conferred with Defendant s' counsel for DISCOUNT C.V. JOINT RACK & PINION REBUILDING, INC. and LUIS E. TORRES-VISAEZ regarding the filing of the above-captioned lawsuit. Defendants' counsel stated as follows: "I take no position, but I am not in a position to agree when I do not know what the attorney's fees are as to Plaintiff. We wasted a mediation and Plaintiff was made aware of this earlier. I do not want my clients to be charged for attorney's fees (in the event they are not successful) for the time used on this matter. We need to know what the credit is time wise so we do not get charged in the future if we do not prevail." Plaintiff's position is that Parties did attend a Settlement Conference, however, Parties would have needed to attend same regardless of whether Defendant Juan Lopez was a named-party Defendant.

This dismissal is based upon conferral among the below counsel for the Parties following discovery. Each side shall bear their own respective fees and costs as to the Defendant JUAN LOPEZ only.


J.H. ZIDELL, P.A.
ATTORNEYS FOR PLAINTIFF
300 71ST STREET
SUITE 605
MIAMI BEACH, FL 33141
TEL. (305) 865-6766
FAX (305) 865-7167

BY:__/S/____RIVKAH F. JAFF_____
      RIVKAH F. JAFF, ESQ.
        FLORIDA BAR NO. 107511


AVELINO J. GONZALEZ, P.A.
ATTORNEYS FOR DEFENDANT, JUAN LOPEZ
6780 CORAL WAY
MIAMI, FL 33155
TEL. (305) 668-3535
FAX (305) 668-3545

BY:__/S/____KENIA BRAVO_____
       KENIA BRAVO, ESQ.
        FLORIDA BAR NO. 68296

Respectfully submitted,

**RIVKAH F. JAFF, ESQ.**
**J.H. ZIDELL, P.A.**
**ATTORNEY FOR PLAINTIFF**
**300 71ST STREET, #605**
**MIAMI BEACH, FLA. 33141**
**PH: 305-865-6766**
**FAX: 305-865-7167**
**EMAIL: RIVKAH.JAFF@GMAIL.COM**
**F.B.N. 107511**

BY:__/s/____Rivkah F. Jaff_____
**RIVKAH F. JAFF, ESQ.**

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING WAS SENT SUBSEQUENT TO E-FILING VIA CM/ECF ON 4/30/14 TO:

ALL LISTED TO RECEIVE E-MAIL NOTICE IN CM/ECF

**LUIS FERNANDEZ, ESQ.**
**LUIS FERNANDEZ, P.A.**
**2250 SW 3RD AVE, SUITE #303**
**MIAMI, FL 33129**
**PH: (305) 854-5955**
**FAX: (305) 854-5324**
**LFERNANDEZLAW@AOL.COM**

**KENIA BRAVO, ESQ.**
**AVELINO J. GONZALEZ, P.A.**
**6780 CORAL WAY**
**MIAMI, FL 33155**
**PH: (305) 668-3535**
**FAX: (305) 668-3545**
**AVELINOGONZALEZ2@BELLSOUTH.NET**

BY:__/s/____Rivkah F. Jaff_____
**RIVKAH F. JAFF, ESQ.**